UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 3:13-cv-30202-MAP

---

LEYTON BURGOS,
Petitioner,

vs.

GARY RODEN, Superintendent, MCI Norfolk,
Respondent

---

PETITIONER'S MOTION TO RECONSIDER
SCHEDULING ORDER

---

Petitioner Leyton Burgos moves the Court to reconsider its January 30, 2014 scheduling order, and states in support:

1. On November 26, 2013 Petitioner filed his petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 with a Rule 4 Memorandum of Law. Dkt:1, 2. In his Memorandum [Dkt.2], Petitioner notified the Court that, as to Ground Five of his petition, he intended to request discovery and possibly an evidentiary hearing. Memorandum, p. 23.

2. On November 27, 2013 the Court ordered Respondent to file his answer within 21 days of receipt of its order. Dkt.9. On December 12, 2013, the Court granted

*Allowed, without opposition. Respondent's motion to dismiss will be filed by March 31, 2014, and Petitioner's motion for discovery by April 14, 2014. So ordered. /Michael A. Ponsor USDJ 2.20.14*

1